# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

154420

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ROBERT MILLER and DIANE MILLER,
      Plaintiffs-Appellees,

v

                                           SC: 154420
                                           COA: 325885

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
          Defendant-Appellant.

                                           Tuscola CC: 12-027312-CK

_____/

      On order of the Court, the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk

s0517